IH-32                                                                                          Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

---

### Full Caption of Later Filed Case:

JUNE E. ADAMS IRREVOCABLE TRUST Civil
Action No.: DATED 7/21/14 FBO EDWARD
ROBERT ADAMS, individually and on behalf of
all others CLASS ACTION similarly situated,

| Plaintiff | Case Number |
|---|---|
| vs. | 7:23-cv-00332 |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, et al. | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

GERALD HAYDEN

| Plaintiff | Case Number |
|---|---|
| vs. | 7:21-CV-02485 |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, et al. | |
| Defendant | |

IH-32                                                                                     Rev: 2014-1

## Status of Earlier Filed Case:

☐ Closed

(If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☒ X Open

(If so, set forth procedural status and summarize any court rulings.)

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The instant action and Hayden plead many of the same or similar facts and are both based upon, in part, the same alleged misconduct whereby IBM allegedly shifted business from one business segment, GBS, to another business segment, Watson. This enabled IBM improperly to report the revenue it shifted as Strategic Imperatives to deceive investors. The cases have three defendants in common. The Hayden case is well into discovery. Given the Court's familiarity and experience with the Hayden case, assigning this case to the same Court promotes efficiency.

Signature:    _/s/ Jacob A. Goldberg_                    Date: __01/23/2023__

Firm:           __The Rosen Law Firm, P.A.__