**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JUNE E. ADAMS IRREVOCABLE TRUST DATED 7/21/14 FBO EDWARD ROBERT ADAMS, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, VIRGINIA M. ROMETTY, MARTIN J. SCHROETER, JAMES J. KAVANAUGH, ARVIND KRISHNA, BRIDGETTE VAN KRALINGEN, SHANKER RAMAMURTHY, PABLO SUAREZ, SARAH DIAMOND, ALISTAIR RENNIE, MARK ANDREWS, DON INDIA, CHRIS JOHNSTON, and MARK FOSTER,<br><br>     Defendants. | **CASE No.: 7:23-cv-00332-VB**<br><br>**NOTICE OF MOTION AND MOTION OF JUNE E. ADAMS IRREVOCABLE TRUST DATED 7/21/14 FBO EDWARD ADAMS TO: (1) APPOINT LEAD PLAINTIFF; AND (2) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br>**<u>CLASS ACTION</u>** |

1

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), June E. Adams Irrevocable Trust Dated 7/21/14 FBO Edward Adams ("Movant") hereby moves this Court, the Honorable Vincent L. Briccetti, on a date and at a time to be designated by the Court, for an order:

(a)      appointing Movant to serve as Lead Plaintiff in this action; and

(b)      approving Movant's selection of The Rosen Law Firm, P.A. and Evangelista Worley LLC as Co-Lead Counsel for the litigation.

In support of this Motion, Movant submits: (i) the Memorandum of Law dated March 14, 2023 (and exhibits); and (ii) a [Proposed] Order Appointing Lead Plaintiff and Approving Lead Plaintiff's Selection of Counsel.

Dated: March 14, 2023                              Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

*/s/ Jacob A. Goldberg*
Jacob A. Goldberg
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Tel: 215-600-2817
Fax: 212-202-3827
jgoldberg@rosenlegal.com

James M. Evangelista
Stuart J. Guber (*pro hac vice forthcoming*)
**EVANGELISTA WORLEY LLC**
500 Sugar Mill Road, Ste. 245A
Atlanta, GA 30350
Tel: 404.205.8400
Fax: 404.205.8395
jim@elawllc.com
stuart@elawllc.com

*[Proposed] Co-Lead Counsel for Lead Plaintiff and Class*

2