# EXHIBIT 3

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $114.84 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

International Business Machines Corporation Loss Chart
Class Period: January 18, 2018 through October 16, 2018

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| June E. Adams Irrevocable Trust Dated 7/21/14 FBO Edward Robert Adams | 4/19/2018 | 26 | ($142.25) | ($3,719.75) | | | | | 26 | $3,002.99 | ($716.76) |

**The loss chart reflects the 1046:1000 stock split from November 4, 2021