# EXHIBIT 5

# EVANGELISTA WORLEY LLC

500 Sugar Mill Road
Suite 245A
Atlanta, Georgia 30350
404.205.8400

## Firm Resume

Evangelista Worley, LLC focuses on representing plaintiffs in complex, high value litigation and other complex business and consumer class action litigation matters. The Firm's attorneys have represented plaintiffs in major consumer class action litigation around the country, including data breach actions, unfair and deceptive trade practices actions, warranty actions, and common law tort actions. The firm also represents institutional and individual investors in securities fraud class actions, shareholders in derivative litigation, pension plan participants in ERISA litigation, and bankruptcy trustees and public venture debt lenders in direct litigation against company's officers and directors, as well as against accounting firms and other professional advisors for breaches of fiduciary duties and outright fraud. The efforts of the lawyers at Evangelista Worley have resulted in recoveries for plaintiffs valued at over $2 billion.

The breadth of the Firm's attorneys' experience is reflected in the various lead, co-lead, liaison and local counsel roles in which they have served over their careers in the prosecution of numerous class action and direct litigations, as well as the results they directly helped to achieve, including:

- *In Re: Equifax, Inc. Customer Data Security Breach Litigation*, No. 1:17-md-02800-TWT (N.D. Ga.)(appointed co-liaison counsel in nation's largest consumer class action data breach; settlement valued in excess of $1 billion benefit to class members approved by district court);

- *In re Rite-Aid Corporation Securities Litigation*, 2001 WL 35963382 (E.D. Pa. Aug. 16, 2001) ($325 million settlement in securities class action);

- *In re Deutsche Telekom AG Securities Litigation,* No. 00 Civ. 9475 (SHS) (S.D.N.Y.) ($120 million settlement in securities class action);

- *Robbins v. Koger Properties*, No. 90-896-civ-J-10 (M.D. Fla.) (lead trial counsel achieving an $81.3 million jury verdict);

- *In re Mutual Funds Investment Litigation,* MDL 1586 (D. Md.) ($75 million recovery for classes of mutual fund investors against multiple mutual fund companies for violations of federal securities and investment company laws);

## EVANGELISTAWORLEY LLC

- *In Re: Providian Financial Corp. Sec. Litig*., C 01-3952 (N.D. Ca.) ($65 million recovery in securities fraud class action);

- *South Ferry LP #2 v. Killinger, (Washington Mutual, Inc.),* No. CV04-1599C (W.D. Wa.) ($41.5 million recovery in securities fraud class action);

- *In Re: Dell, Inc., Securities Litig*., No. 1:06-cv-726 (W.D. Tx.) (securities fraud class action) ($40 million recovery in securities fraud class action, following *unfavorable* ruling on MTD);

- *In Re: BellSouth Corporation Sec. Litig.,* No. 1:02-CV2142-WSD (N.D. Ga.) ($35 million recovery in securities fraud class action);

- *In re Beazer USA, Inc. Securities Litigation,* No. 1:07-cv-725-CC (N.D. Ga.) ($30.5 million recovery in securities fraud class action);

- *In Re: The Home Depot, Inc., Customer Data Security Breach Litigation*, No. 1:14-md-02583 (N.D. Ga.) (appointed co-lead counsel in consumer class action data breach; settlement valued in excess of $25 million benefit to class members);

- *In Re: Evergreen Ultra Short Opportunities Fund Securities Litigation,* No. 1:08-cv-11064-NMG (D. Mass.) (appointed co-lead counsel; $25 million recovery in securities fraud class action);

- *Eaves, et al. v. Earthlink*, Case No. 05-CV-97274 (GA Superior, Fulton Cty) (acting co-lead counsel in consumer fraud class action; recovery of on behalf of proposed class for improper termination fee charges, settlement value up to $26 million);

- *Baker v. MBNA Corp.*, No. 05-cv-0272 (D. Del.) ($25 million recovery in securities fraud class action);

- *In Re: Cryolife Sec. Litig.*, No. 1:02-CV-01868 (N.D. Ga.) ($23.25 million settlement in securities fraud class action);

- *Plymouth County Retirement Systems v. Carter's, Inc. et al.*, No. 08-CV- 2940-AT (N.D. Ga.) (appointed liaison counsel; total recovery against officers and directors and outside auditors of over $23 million in securities fraud class action);

- *Nepomuceno v. Knights of Columbus*, No. Civ. A. 96 C 4789 (N.D. Ill.) (settlement valued at $22 million for class members alleging false and misleading information concerning timeliness of "vanishing" premiums of whole life insurance policies);

- *In Re: AFC Enterprises Sec. Litig.*, No. 1:03-CV-817 (N.D. Ga.) ($15 million recovery in securities fraud class action);

2

EVANGELISTAWORLEY LLC

- *In Re: NPS Pharmaceuticals, Inc. Sec. Litig.,* No. 06-cv-00570 (D. Utah) ($15 million recovery in securities fraud class action);

- *Schulte v. Fifth Third Bank*, 09-CV-06655-RMD (N.D. Ill.) ($9.5 million settlement in consumer fraud class action);

- *In Re: Internap Network Services Corp. Securities Litig.*, No. 1:08-cv-03462-JOF (appointed liaison counsel; $9.5 million settlement in securities fraud class action);

- *Coast Buick GMC Cadillac, Inc., et al. v. Mahindra & Mahindra, LTD.*, 1:12-cv-01935 (N.D. Ga.) ($7.5 million recovery on behalf of national group of car dealers in fraud and unjust enrichment action against foreign auto manufacturer);

- *Primavera Investors v. Liquidmetal Technologies, Inc.*, 8:04 CV 919 T 23EAJ. (M.D. Fla.) ($7.025 recovery in securities fraud class action);

- *In Re: Payment Card Interchange Fee and Merchant Discount Antitrust Litig.*, No. 1:14-md-01720-MKB-JO (E.D.N.Y.) (recovered over $5.6 million for several class settlement opt-out plaintiffs); and

- *Sewright v. ING Groep N.V*, No.1:09-cv-00400-JEC (N.D. Ga.) ($3.5 million recovery for ERISA class of employees).

Addressing the work of lead counsel in the Home Depot Customer Data Security Breach Litigation, the Honorable Thomas W. Thrash complimented counsel:

> The Court . . . finds that Lead Counsel have prosecuted the case vigorously and in the best interests of the Settlement Class.... This Settlement reflects an outstanding result for the Class in a case with a high level of risk…

*In re The Home Depot, Customer Data Security Breach Litigation*, No. 1-14-md-02583 (Aug. 23, 2016, N.D. GA).

Commenting on the "favorable" $25 million securities fraud settlement achieved for the class, the Honorable Nathaniel M. Gorton stated:

> [The recovery was] the product of considerable time and labor expended by Lead Counsel who faced novel and difficult legal obstacles … [and was] due, at least in part, to the quality of the representation provided by Lead Counsel.

*In Re: Evergreen Ultra Short Opportunities Fund Securities Litigation*, No. 1:08-cv-11064-NMG (Dec. 12, 2012, D. Mass).

Speaking directly to Mr. Evangelista during an attorneys' fee hearing, the Honorable Charles R. Breyer congratulated the $65 million class settlement he helped achieve and stated:

3

EVANGELISTAWORLEY LLC

> [Y]ou worked ... like demons. You absolutely worked. And by working as hard as you worked, you got it. You got the settlement that I have to believe was a good settlement. So I thought you did a fine job, and you came right up to the plate when it was necessary.

*In Re: Providian Financial Corp. Sec. Litig.,* Master File No. C 01-3952 CRB (N.D. Cal.).

## Professionals

**James M. Evangelista**
**Partner**

Jim Evangelista has over 30 years of diverse, hands-on, complex financial fraud, commercial and class action litigation experience representing both plaintiffs and defendants in federal and state courts around the United States. Jim's broad plaintiffs' experience includes the representation of county governments in Fair Housing Act litigation against some of the largest financial institutions in the United States. Jim also has represented institutional pension funds, public corporations and individual investors in securities fraud class action, financial fraud litigation, merger and acquisition, shareholder derivative, and general business tort and commercial litigation against public companies such as AT&T, Bank of America, Beazer Homes USA Inc., BellSouth Corp., Cingular Wireless, Coca Cola Enterprises, Inc., Dell Inc., Mirant Corp., New York Community Bankcorp, Spectrum Brands Inc., Verizon, Vonage Holdings Corp., and Washington Mutual Bank. Visit http://www.ewlawllc.com/attorney-james-evangelista.html for more details.

**Kristi Stahnke McGregor**
**Partner**

Kristi Stahnke McGregor over 20 years of experience representing investors, consumers, pension plan participants and small businesses in complex litigation involving the areas of securities, ERISA, breach of fiduciary duty, director and officer liability, unfair and deceptive trade practices, breach of contract, business torts, and class actions. Ms. McGregor also has experience representing victims of international human rights violations, including Holocaust survivors, and victims of international terrorism. Ms. McGregor's work on behalf of plaintiffs in class and complex litigation has resulted in recoveries valued at over $300 million, including *In re Deutsche Telekom AG Securities Litigation,* No. 00 Civ. 9475(SHS) (S.D.N.Y.) ($120 million recovery in securities fraud class action); *In re Mutual Funds Investment Litigation,* MDL 1586 (D. Md.) ($75 million recovery for classes of mutual fund investors); and *Kirschner et al. v. Hermelin et al.* (Probate Court, St Louis County, Missouri) (confidential settlement from trustees for breach of fiduciary duties in loss of $150 million in two family trusts on the eve of trial after five years of litigation). Visit http://www.ewlawllc.com/attorney-kristi-stahnke-mcgregor.html for more details.

## EVANGELISTAWORLEY LLC

**Stuart J. Guber**
**Of Counsel**

Stuart Guber has over 30 years of experience in complex litigation. Practice areas include representing individual and institutional investors including state, county, municipal and Taft-Hartley union pension plans and health & welfare funds in securities class actions and opt-out litigation under federal securities laws, merger & acquisition litigation and derivative actions under state breach of fiduciary law. Taft-Hartley union work also included drafting and editing plan documents for compliance with ERISA and representing union in ERISA related litigation. Mr. Guber was trial counsel in *Robbins v. Koger Properties*, No. 90-896-civ-J-10 (M.D. Flo.) in which the jury awarded $81.3 million and, among other matters, Mr. Guber settled the *In re Rite-Aid Corporation Securities Litigation* for $325 million. 2001 WL 35963382 (E.D. Pa. Aug. 16, 2001). Mr. Guber's practice areas also include focus on class action consumer protection litigation under state and common law, some trusts and estates litigation, FINRA arbitrations (both plaintiff and defense), antitrust and other commercial litigation. Visit https://ewlawllc.com/attorneys/stuart-j-guber.html for more details.

**Leslie G. Toran**
**Senior Counsel**

Leslie Glover Toran nearly 20 years of experience litigating complex commercial cases. She has a long-held interest in the efficient and fair functioning of the financial markets and banking system. Ms. Toran has garnered significant experience litigating cases involving securities fraud, breach of fiduciary duty, corporate mismanagement, violations of intellectual property rights, antitrust violations, and other complex commercial matters. Ms. Toran has represented both plaintiffs and defendants in individual actions and class actions and in both state and federal courts. Visit http://www.ewlawllc.com/attorney-leslie-toran.html for more details.

**Hannah Drosky**
**Associate**

Hannah Drosky earned her B.A. in management from the Terry College of Business at the University of Georgia where she was a Zell Miller Scholarship recipient. After graduating cum laude with her undergraduate degree, Ms. Drosky received her J.D. cum laude from the Georgia State University College of Law. Ms. Drosky's business education background has been instrumental in advancing the interests of the Firm's clients and its active financial fraud litigations. Visit https://ewlawllc.com/attorneys/hannah-drosky.html for more details.

**Alan Perry**
**Of Counsel**

Alan Perry has over 37 years experience in handling complex securities matters (litigation and arbitration) as well as other litigation matters. Among other things, he participated in the prosecution of securities class actions, including the Oxford Health Plans securities fraud class action that resulted in a $300 million recovery for investors. Alan has served as

5

EVANGELISTAWORLEY LLC

lead or co-lead counsel in approximately a dozen jury trials and arbitrations and has argued numerous appeals. He has appeared in federal court cases in Atlanta, San Francisco, Minneapolis, New York, Houston and Chicago, among others. His diverse Georgia state court practice has taken him from Valdosta and Columbus, Greensboro, Conyers and Ellijay, to courts in each of the five Atlanta metropolitan-area counties. Visit https://ewlawllc.com/attorneys/alan-perry.html for more details.