UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUNE E. ADAMS IRREVOCABLE TRUST DATED 7/21/14 FBO EDWARD ROBERT ADAMS, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, VIRGINIA M. ROMETTY, MARTIN J. SCHROETER, JAMES J. KAVANAUGH, ARVIND KRISHNA, BRIDGETTE VAN KRALINGEN, SHANKER RAMAMURTHY, PABLO SUAREZ, SARAH DIAMOND, ALISTAIR RENNIE, MARK ANDREWS, DON INDIA, CHRIS JOHNSTON, and MARK FOSTER,<br><br>            Defendants. | Civil Action No.: 7:23-cv-00332-VB<br><br><br><br>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a) |

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a), Plaintiff June E. Adams Irrevocable Trust Dated 7/21/14 FBO Edward Robert Adams ("Plaintiff") hereby voluntarily dismisses this case, with prejudice as to itself. No party has filed an answer or a motion for summary judgment. The Court has not certified a class in this case pursuant to Fed. R. Civ. P. 23, so this voluntary dismissal will not bind any putative class member except for Plaintiff. The parties have no agreement in connection with this voluntary dismissal, except that they have agreed that all parties shall bear their own fees and costs related to this case.

1

Dated: June 5, 2023 　　　　　　　　　　　　　Respectfully Submitted:

**THE ROSEN LAW FIRM, P.A**

/s/ *Jacob A. Goldberg*
Jacob A. Goldberg,
Leah Heifetz-Li
101 Greenwood Avenue, Suite 440
Jenkintown, PA  19046
Tel: 215.600.2817
Fax: 212.202.3827
Email: jgoldberg@rosenlegal.com
　　　　lheifetz@rosenlegal.com


**EVANGELISTA WORLEY LLC**
James M. Evangelista
500 Sugar Mill Road, Ste. 245A
Atlanta, GA 30350
Tel: 404.205.8400
Fax: 404.205.8395
Email: jim@elawllc.com

*Attorneys for Plaintiff*